IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   8:13CR151 |
| | ) | 8:13CR152 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR TEMPORARY** |
| | ) | **RELEASE FROM PRETRIAL** |
| VERNON WOLFE, | ) | **CONFINEMENT** |
| | ) | |
| Defendant. | ) | |

The Defendant, Vernon Wolfe, by and through his attorney, Shannon P. O'Connor, requests the Court allow the Defendant to attend the funeral of his maternal grandmother, Emma Lovejoy. The deceased was the primary caretaker of Mr. Wolfe for several years. The funeral is on Thursday, August 22, 2013 at the Gilpin Building in Macy, Nebraska. It starts at 12:00 p.m. and ends around 4:00 p.m. It is requested that the Defendant be released from 11:00 a.m. to 5:00 p.m. on August 22, 2013. The Defendant's father, Gerald Wolfe, will provide Vernon's transportation to and from the funeral. We will provide Mr. Wolfe's date of birth to Pretrial Services to verify his background.

WHEREFORE, the Defendant requests the Court grant an order allowing for the Defendant's release on August 22, 2013, and that the Defendant's father, Gerald Wolfe, be allowed to transport and be otherwise responsible to insure that the Defendant comply with the conditions of his temporary release.

VERNON WOLFE, Defendant,

By:    s/ Shannon P. O'Connor
**SHANNON P. O'CONNOR**
**First Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896
Fax: (402) 221-7884
e-mail: shannon_o'connor@fd.org

## CERTIFICATE OF SERVICE

     I hereby certify that on August 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Douglas Semisch, Assistant United States Attorney, Omaha, NE.

     s/ Shannon P. O'Connor

2